PAUL N. BALESTRACCI (SBN: 83987)
LISA BLANCO JIMENEZ (SBN: 234671)
NEUMILLER & BEARDSLEE
A PROFESSIONAL CORPORATION
P.O. Box 20
Stockton, CA  95201-2030
Telephone:  (209) 948-8200
Facsimile:  (209) 948-4910

Attorneys for Plaintiff,
BANK OF THE WEST

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANK OF THE WEST, a California corporation,<br><br>        Plaintiff,<br><br>    vs.<br><br>M/V SAND DOLLAR, Official Number 1058606, Hull Number CIR30024L596, a 1996 Carroll Marine Mumm 30, 6 gross ton, recreational vessel, including her engines, tackle, apparel, furniture, equipment, and supplies, etc. *in rem*, and ERICH C. BAUER, *in personam*,<br><br>        Defendants. | Case No. 2:10cv0363 LKK DAD<br><br>**IN ADMIRALTY**<br><br>**ORDER AUTHORIZING ARREST OF DEFENDANT VESSEL PURSUANT TO SUPPLEMENTAL ADMIRALTY RULE C**<br><br>**F.R.C.P. Supplemental Admiralty Rules C and E.**<br><br>**46 U.S.C. Section 30101-31343** |

The Court, having reviewed the Verified Complaint of the Plaintiff BANK OF THE WEST, and upon application of Plaintiff for an Order Authorizing a Warrant of Arrest, finds that the conditions for an action *in rem* appear to exist, and it is therefore

ORDERED that the immediate issuance of a warrant for the arrest of the Defendant Vessel M/V SAND DOLLAR, Official Number 1058606, Hull Number CIR30024L596, a 1996 Carroll Marine Mumm 30, 6 gross ton, recreational vessel, including her engines, tackle, apparel, furniture, equipment, and supplies, etc. *in rem*, and all of her engines, tackle, accessories, equipment, furnishings (the "VESSEL") and appurtenances is authorized, and

1   IT IS FURTHER ORDERED that the Clerk of the District Court shall immediately prepare a Warrant for the Arrest of the Defendant VESSEL and shall deliver it to the United States Marshal for the Eastern District of California for service; and

IT IS FURTHER ORDERED that any person claiming an interest in the Defendant VESSEL shall be entitled upon request to a prompt hearing at which the Plaintiff shall be required to show why the arrest should not be vacated or other relief granted consistent with the Supplemental Rules for Certain admiralty and Maritime Claims, and

IT IS FURTHER ORDERED that a copy of this Order be attached to and served with the said Warrant For Arrest In Action i*n rem.*

DATED: February 16, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.civil/bankofwest0363.arrestofvessel.ord