PAUL N. BALESTRACCI (SBN: 83987)
LISA BLANCO JIMENEZ (SBN: 234671)
NEUMILLER & BEARDSLEE
A PROFESSIONAL CORPORATION
P.O. Box 20
Stockton, CA  95201-2030
Telephone:  (209) 948-8200
Facsimile:  (209) 948-4910

Attorneys for Plaintiff,
BANK OF THE WEST

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANK OF THE WEST, a California corporation,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>M/V SAND DOLLAR, Official Number 1058606, Hull Number CIR30024L596, a 1996 Carroll Marine Mumm 30, 6 gross ton, recreational vessel, including her engines, tackle, apparel, furniture, equipment, and supplies, etc. *in rem*, and ERICH C. BAUER, *in personam,*<br><br>　　　　　　　　Defendants. | Case No. 2:10cv0363 LKK DAD<br><br>**IN ADMIRALTY**<br><br>**ORDER APPOINTING SUBSTITUTE CUSTODIAN AND FOR AUTHORIZATION FOR MOVEMENT OF DEFENDANT VESSEL**<br><br>**Local Rule A-550** |

　　　　Plaintiff BANK OF THE WEST ("BANK"), by and through its attorneys, Neumiller & Beardslee, having appeared and the Court having reviewed the application and order for appointing substitute custodian, supporting papers, and the verified complaint filed herein,

　　　　IT IS HEREBY ORDERED AND ADJUDGED that the United States Marshal for the Eastern District of California is authorized and directed to transfer possession of the M/V SAND DOLLAR, Official Number 1058606, Hull Number CIR30024L596, a 1996 Carroll Marine Mumm 30, 6 gross ton, recreational vessel, including her engines, tackle, apparel, furniture, equipment, and supplies, etc. *in rem*, (the "VESSEL") to National Liquidators (National Maritime Services, Inc., a Florida corporation) ("NMS").  Immediately after arresting the VESSEL and, upon surrender, the

---

United States Marshal shall be discharged from his duties and responsibilities for safekeeping of the VESSEL, and shall be held harmless from any and all claims arising out of the VESSEL, and shall be held harmless from any and all claims arising out of the substitute custodian's possession and safekeeping.

IT IS FURTHER ORDERED AND ADJUDGED that NMS is appointed substitute custodian of the VESSEL, to take possession of the VESSEL after the arrest by the United States Marshal, and to retain her in its custody for possession and safekeeping until further order of this court.

IT IS FURTHER ORDERED AND ADJUDGED that the substitute custodian, NMS, is authorized to move the VESSEL to its facility at 1851 Clement Avenue, Alameda, California 94501.

IT IS FURTHER ORDERED AND ADJUDGED that Plaintiff's attorney will serve a copy of this order on the owner of the VESSEL at such time as the owner appears in this action.

DATED: February 16, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddd1/orders.civil/bankofwest0363.subcustodian.ord