1  PAUL N. BALESTRACCI (SBN: 83987)
   LISA BLANCO JIMENEZ (SBN: 234671)
2  NEUMILLER & BEARDSLEE
   A PROFESSIONAL CORPORATION
3  P.O. Box 20
   Stockton, CA  95201-2030
4  Telephone:  (209) 948-8200
   Facsimile:  (209) 948-4910
5
   Attorneys for Plaintiff,
6  BANK OF THE WEST

7

8                   UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 BANK OF THE WEST, a California        )  Case No. 2:10-cv-00363-LKK-DAD
   corporation,                           )
                                          )
12              Plaintiff,                )  **IN ADMIRALTY**
                                          )
13         vs.                            )  **AMENDED ORDER APPOINTING**
                                          )  **SUBSTITUTE CUSTODIAN AND FOR**
14 M/V SAND DOLLAR, Official Number       )  **AUTHORIZATION FOR MOVEMENT**
   1058606, Hull Number CIR30024L596, a 1996 )  **OF DEFENDANT VESSEL**
15 Carroll Marine Mumm 30, 6 gross ton,   )
   recreational vessel, including her engines, tackle, )
16 apparel, furniture, equipment, and supplies, etc. )
   *in rem*, and ERICH C. BAUER, *in personam*, )
17                                        )
                Defendants.                )
18

19         Plaintiff BANK OF THE WEST ("BANK"), by and through its attorneys, Neumiller &

20 Beardslee, having appeared and the Court having reviewed the Application to Amend Order

21 Appointing Substitute Custodian and for Authorization for Movement of Vessel, as well as the

22 Supplemental Declaration of Substitute Custodian in Support of Application to Amend Order

23 Appointing Substitute Custodian;

24         IT IS HEREBY ORDERED AND ADJUDGED that the United States Marshal for the

25 Eastern District of California is authorized and directed to transfer possession of the M/V SAND

26 DOLLAR, Official Number 1058606, Hull Number CIR30024L596, a 1996 Carroll Marine Mumm

27 30, 6 gross ton, recreational vessel, including her engines, tackle, apparel, furniture, equipment, and

28 supplies, etc. in rem, (the "VESSEL") to National Liquidators (National Maritime Services, Inc., a

Florida corporation) ("NMS").  Immediately after arresting the VESSEL and, upon surrender, the United States Marshal shall be discharged from his duties and responsibilities for safekeeping of the VESSEL, and shall be held harmless from any and all claims arising out of the VESSEL, and shall be held harmless from any and all claims arising out of the substitute custodian's possession and safekeeping.

     IT IS FURTHER ORDERED AND ADJUDGED that NMS is appointed substitute custodian of the VESSEL, to take possession of the VESSEL after the arrest by the United States Marshal, and to retain her in its custody for possession and safekeeping until further order of this court.

     IT IS HEREBY ORDERED AND ADJUDGED that the Order Appointing Substitute Custodian issued by this court on February 16, 2010 is amended to authorize the Substitute Custodian, NMS, to move the VESSEL to Delta Boat Works, 106 West Brannan Island Road, Isleton, California 95641-9760;

     IT IS FURTHER ORDERED AND ADJUDGED that Plaintiff's attorney will serve a copy of this order on the owner of the VESSEL at such time as the owner appears in this action.

DATED: February 18, 2010.

                                              DALE A. DROZD
                                              UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.civil/bankofwest0363.amdord