1  PAUL N. BALESTRACCI (SBN: 83987)
   LISA BLANCO JIMENEZ (SBN: 234671)
2  NEUMILLER & BEARDSLEE
   A PROFESSIONAL CORPORATION
3  P.O. Box 20
   Stockton, CA 95201-2030
4  Telephone: (209) 948-8200
   Facsimile: (209) 948-4910
5
   Attorneys for Plaintiff,
6  BANK OF THE WEST

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 BANK OF THE WEST, a California      )   Case No. 2:10-cv-00363-LKK-DAD
   corporation,                        )
12                                     )   IN ADMIRALTY
                Plaintiff,             )
13                                     )
         vs.                           )   AMENDED ORDER AUTHORIZING
14                                     )   ARREST OF DEFENDANT VESSEL
   M/V SAND DOLLAR, Official Number    )   PURSUANT TO SUPPLEMENTAL
15 1058606, Hull Number CIR30024L596, a 1996 )  ADMIRALTY RULE C
   Carroll Marine Mumm 30, 6 gross ton, )
16 recreational vessel, including her engines, tackle, )
   apparel, furniture, equipment, and supplies, etc. )
17 *in rem*, and ERICH C. BAUER, *in personam*, )
                                       )
18              Defendants.            )

19       Plaintiff BANK OF THE WEST ("BANK"), by and through its attorneys of record

20 Neumiller & Beardslee, having appeared in the matter, having reviewed Plaintiff's Application to

21 Amend Order Authorizing Arrest of Defendant Vessel pursuant to Supplemental Admiralty Rule C,

22 as well as the Declarations of Substitute Custodian Robert McKee, Jr. and Paul N. Balestracci in

23 support of Plaintiff's Application to Amend Order Authorizing Arrest of Vessel,

24       IT IS HEREBY ORDERED AND ADJUDGED that this court's order of February 16, 2010

25 (Doc. No. 12) Authorizing Arrest of Defendant Vessel pursuant to Supplemental Admiralty Rule C

26 is amended as follows:

27 /////

28 /////

     The Court, having reviewed the Verified Complaint of the Plaintiff BANK OF THE WEST, and upon application of Plaintiff for an Order Authorizing a Warrant of Arrest, finds that the conditions for an action *in rem* appear to exist, and it is therefore

     ORDERED that the immediate issuance of a warrant for the arrest of the Defendant Vessel M/V SAND DOLLAR, Official Number 1058606, Hull Number CIR30024L596, a 1996 Carroll Marine Mumm 30, 6 gross ton, recreational vessel, including her engines, tackle, apparel, furniture, equipment, and supplies, etc. *in rem*, and all of her engines, tackle, accessories, equipment, furnishings (the "VESSEL") and appurtenances is authorized, and

     IT IS FURTHER ORDERED that the Clerk of the District Court shall immediately prepare a Warrant for the Arrest of the Defendant VESSEL and shall deliver it to the United States Marshal for the Eastern District of California for service; and

     IT IS FURTHER ORDERED that any person claiming an interest in the Defendant VESSEL shall be entitled upon request to a prompt hearing at which the Plaintiff shall be required to show why the arrest should not be vacated or other relief granted consistent with the Supplemental Rules for Certain admiralty and Maritime Claims, and

     IT IS FURTHER ORDERED that a copy of this Order be attached to and served with the said Warrant For Arrest In Action *in rem*, and

     IT IS FURTHER ORDERED that the United States Marshal for the Eastern District of California may enter the real property at 14191 Sargent Avenue, Galt, California to serve the arrest warrant on the VESSEL, and take possession thereof, and further to use whatever force necessary to gain entry to the real property to serve the warrant and take possession of the VESSEL, including any force reasonably necessary to overcome any lock or other barrier to entry of the real property.

DATED: April 6, 2010.

                                                  DALE A. DROZD
                                                  UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.civil/bankofwest0363.arrestofvessel.amendedord

Amended Order Authorizing Arrest of Defendant Vessel Pursuant to Supplemental Admiralty Rule C

611117-1