1  PAUL N. BALESTRACCI (SBN: 83987)
   LISA BLANCO JIMENEZ (SBN: 234671)
2  NEUMILLER & BEARDSLEE
   A PROFESSIONAL CORPORATION
3  P.O. Box 20
   Stockton, CA  95201-2030
4  Telephone:  (209) 948-8200
   Facsimile:  (209) 948-4910
5
   Attorneys for Plaintiff,
6  BANK OF THE WEST

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 BANK OF THE WEST, a California      )  Case No. 2:10-cv-00363-LKK-DAD
   corporation,                        )
                                       )  **IN ADMIRALTY**
12                 Plaintiff,          )
                                       )
13        vs.                          )  **ORDER RE PLACE AND MANNER OF**
                                       )  **PUBLICATION OF NOTICE OF**
14 M/V SAND DOLLAR, Official Number    )  **ACTION AND ARREST**
   1058606, Hull Number CIR30024L596, a 1996 )
15 Carroll Marine Mumm 30, 6 gross ton, )
   recreational vessel, including her engines, tackle, )
16 apparel, furniture, equipment, and supplies, etc. )
   *in rem*, and ERICH C. BAUER, *in personam*, )
17                                     )
                   Defendants.         )
18 _____

19        The Court has reviewed the Ex Parte Application Proposing Place and Manner of Publication

20 of Notice of Action and Arrest filed by Plaintiff Bank of the West ("Plaintiff"), as well as the entire

21 file.  The Court finds that Plaintiff's Application was filed promptly after the April 30, 2010 arrest of

22 the vessel at issue.  Accordingly, Plaintiff may publish a Notice of Arrest of the Defendant M/V

23 SAND DOLLAR, Official Number 1058606, Hull Number CIR30024L596, a 1996 Carroll Marine

24 Mumm 30, 6 gross ton, recreational vessel, including her engines, tackle, apparel, furniture,

25 equipment, and supplies, etc. *in rem*, and all of her engines, tackle, accessories, equipment,

26 furnishings (the "VESSEL") and appurtenances, one time in the <u>Sacramento Bee</u>.  The court also

27 finds that the language of Plaintiff's proposed notice of arrest is sufficient.

28 /////

1  Accordingly, IT IS ORDERED that Plaintiff's May 21, 2010 Ex Parte Application Proposing
2  Place and Manner of Publication of Notice of Action and Arrest (Doc. No. 35) is granted. The
3  proposed notice shall be given and published one time in the <u>Sacramento Bee</u>, a newspaper of
4  general circulation in this District, by Plaintiff.
5  DATED: May 25, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.civil/bankofwest0363.ntc.pub.ord