UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BANK OF THE WEST, a
California corporation,

                                                  NO. CIV. S-10-0363 LKK/DAD

       Plaintiff,

  v.

                                                  O R D E R

M/V SAND DOLLAR, et al.,

       Defendants.
_____/

    This case is currently scheduled for a status conference on Tuesday, June 1, 2010 at 11:30 a.m. Defendant has not yet appeared. Accordingly, the court VACATES the status conference. The conference is rescheduled for September 20, 2010 at 10:30 a.m. The parties are directed to file status reports fourteen (14) days prior to the status conference.

    IT IS SO ORDERED.

    DATED: May 27, 2010.

                                          LAWRENCE K. KARLTON
                                          SENIOR JUDGE
                                          UNITED STATES DISTRICT COURT