UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BANK OF THE WEST, a
California corporation,

                    NO. CIV. S-10-0363 LKK/DAD

     Plaintiff,

  v.

                    O R D E R

M/V SAND DOLLAR, et al.,

     Defendants.
_____/

    On April 4, 2010, the court issued an order setting a status conference for June 1, 2010, and ordering the parties to file status reports no later than ten (10) days before the conference. Plaintiff timely filed a status report on May 21, 2010. Defendant did not file a status report, and the status conference was vacated and rescheduled for September 20, 2010. Order, May 27, 2010, ECF No. 40. The court continued that status conference to October 18, 2010, and directed the parties to file status reports fourteen (14) days prior to the status conference. Minute Order, September 13, 2010, ECF No. 44. Plaintiff timely filed a status report on October

1

4, 2010, but defendant has not filed a status report.

Accordingly, the court orders as follows:

[1] Counsel for defendants M/V Sand Dollar and Erich Bauer is hereby ORDERED TO SHOW CAUSE in writing within fourteen (14) days of the date of this order why sanctions of $150 should not issue in the above-captioned case, as permitted by Local Rule 110, and why a default judgment should not be entered against the defendants.

[2] The status conference scheduled for October 18, 2010 is vacated.

IT IS SO ORDERED.

DATED:  October 15, 2010.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2