FILED

APR 26 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

1  PAUL N. BALESTRACCI (SBN: 83987)
   LISA BLANCO JIMENEZ (SBN: 234671)
2  NEUMILLER & BEARDSLEE
   A PROFESSIONAL CORPORATION
3  P.O. Box 20
   Stockton, CA 95201-2030
4  Telephone: (209) 948-8200
   Facsimile: (209) 948-4910
5
   Attorneys for Plaintiff,
6  BANK OF THE WEST

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANK OF THE WEST, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>M/V SAND DOLLAR, Official Number 1058606, Hull Number CIR30024L596, a 1996 Carroll Marine Mumm 30, 6 gross ton, recreational vessel, including her engines, tackle, apparel, furniture, equipment, and supplies, etc. *in rem*, and ERICH C. BAUER, *in personam*,<br><br>Defendants. | Case No. 2:10-cv-00363-LKK-DAD<br><br>**IN ADMIRALTY**<br><br>**ORDER FOR INTERLOCUTORY SALE OF VESSEL AND AUTHORIZING CREDIT BID** |

### ORDER FOR INTERLOCUTORY SALE

The matter of setting a date for the interlocutory sale of Defendant M/V SAND DOLLAR, Official Number 1058606, Hull Number CIR30024L596, a 1996 Carroll Marine Mumm 30, 6 gross ton recreational vessel, including her engines, tackle, apparel, furniture, equipment, and supplies, etc., *in rem* ("the VESSEL") came before this court on April 22, 2011, pursuant to plaintiff's properly noticed motion for interlocutory sale of vessel and authorization for credit bid. Paul N. Balestracci, Esq. appeared telephonically for plaintiff. No appearance was made on behalf of defendant M/V Sand Dollar or by or on behalf of defendant Erich C. Bauer.

The court, having read and considered plaintiff's motion for order for interlocutory sale, the declarations and request for judicial notice filed with the motion, the pleadings on file, and the arguments presented by plaintiff's counsel in open court, finds as follows:

/////

WHEREAS, it appears to the court that the expenses of the substitute custodian in keeping the property are "excessive," that there has been an unreasonable delay in securing the release of the defendant VESSEL, and that the VESSEL continues to deteriorate in condition and value while arrested; and

WHEREAS, the court on April 22, 2011 considered plaintiff's written and oral arguments concerning the proposed interlocutory sale of the VESSEL and at that time determined the VESSEL is appropriately sold at a United States Marshal's auction,

IT IS HEREBY ORDERED that:

1. Plaintiff's motion for interlocutory sale of defendant vessel and authorization of credit bid (Doc. No. 53) is granted;

2. Defendant M/V SAND DOLLAR, Official Number 1058606, Hull Number CIR30024L596, a 1996 Carroll Marine Mumm 30, 6 gross ton recreational vessel, including her engines, tackle, apparel, furniture, equipment, and supplies, etc., shall be sold by the United States Marshal or his deputy at public auction on a date available to the Marshal at its current location of Delta Boat Works, 106 West Brannon Island Road, Isleton, California 95641-9760, with plaintiff to publish notice of such sale in the *Sacramento Bee* daily for four (4) days before the date of sale in the form and manner provided in the Notice of Sale attached as Exhibit 1 to the proposed order filed by plaintiff on March 17, 2011 (Doc. No. 58);

3. Plaintiff is authorized to bid at the sale up to the amount of its debt in the amount of $64,966.96 without having to make any deposit therefore;

4. No minimum bid shall be set for the auction sale, and bidding shall be made in increments of at least $100.00 each;

5. The successful cash bidder shall pay the United States Marshal a deposit of either $1,000.00 or 10% of the amount of the successful bid, whichever is greater, immediately at the time of the completion of the auction sale and the balance of the purchase price shall be paid to the United States Marshal within three (3) court days. All such payments are to be made in cash or certified or cashier's check;

/////

6. Unless written objection to the sale is filed with the court within three (3) court days following the sale, the sale shall be confirmed without motion and the United States Marshal shall transfer title to the defendant vessel upon presentation of the court's order confirming such sale; and

7. The proceeds of the sale shall be paid forthwith into the registry of this court to await disposition of this case.

DATED: April 26, 2011

                                    /s/ Dale A. Drozd
                                  DALE A. DROZD
                                  U.S. MAGISTRATE JUDGE

Ddad1\orders.civil\bankofwest0363.sale.order