1  PAUL N. BALESTRACCI (SBN: 83987)
   LISA BLANCO JIMENEZ (SBN: 234671)
2  NEUMILLER & BEARDSLEE
   A PROFESSIONAL CORPORATION
3  P.O. Box 20
   Stockton, CA 95201-2030
4  Telephone: (209) 948-8200
   Facsimile: (209) 948-4910
5
   Attorneys for Plaintiff,
6  BANK OF THE WEST

7

8                  UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 BANK OF THE WEST, a California           )   Case No. 2:10-cv-00363-LKK-DAD
   corporation,                             )
                                            )   IN ADMIRALTY
12                                          )
              Plaintiff,                    )
13                                          )   **ORDER CONFIRMING
       vs.                                  )   INTERLOCUTORY SALE WITHOUT
                                            )   MOTION (Local Rule A-570(g))**
14 M/V SAND DOLLAR, Official Number         )
   1058606, Hull Number CIR30024L596, a 1996)
15 Carroll Marine Mumm 30, 6 gross ton,     )
   recreational vessel, including her engines, tackle, )
16 apparel, furniture, equipment, and supplies, etc. )
   *in rem*, and ERICH C. BAUER, *in personam*, )
17                                          )
              Defendants.                   )
18 _____)

19

20         Pursuant to Order Authorizing Interlocutory Sale of M/V Sand Dollar, Official Number

21 1058606, VIN CIR30024L596, entered on April 26, 2011, the sale having been conducted by the

22 United States Marshal on August 25, 2011, at 10:00 a.m. concluded by bid of $6,000.00 by Seth

23 Young foreclosing the Preferred Ship Mortgage of Plaintiff BANK OF THE WEST, and no

24 objections having been filed with the court within three days following the sale,

25         IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the sale of the M/V Sand

26 Dollar on August 25, 2011 at 10:00 a.m. to Seth Young in the amount of $6,000.00, pursuant to the

27 Preferred Ship Mortgage of Bank of the West, and the same having been foreclosed, foreclosing out

28 all other liens, claims and interest subordinate thereto, in and to the M/V Sand Dollar, Official

---

Order Confirming Interlocutory Sale Without Motion
685870-1

Number 1058606, Hull Number CIR30024L596, be and the same is confirmed.

DATED: 11/3/11

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.civil.bankofwest0363.ordconfrmsale