PAUL N. BALESTRACCI (SBN: 83987)
LISA BLANCO JIMENEZ (SBN: 234671)
NEUMILLER & BEARDSLEE
A PROFESSIONAL CORPORATION
P.O. Box 20
Stockton, CA  95201-2030
Telephone:  (209) 948-8200
Facsimile:  (209) 948-4910

Attorneys for Plaintiff,
BANK OF THE WEST

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANK OF THE WEST, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>M/V SAND DOLLAR, Official Number 1058606, Hull Number CIR30024L596, a 1996 Carroll Marine Mumm 30, 6 gross ton, recreational vessel, including her engines, tackle, apparel, furniture, equipment, and supplies, etc. *in rem*, and ERICH C. BAUER, *in personam*,<br><br>Defendants. | Case No. 2:10-cv-00363-LKK-DAD<br><br>IN ADMIRALTY<br><br>**ORDER CONFIRMING INTERLOCUTORY SALE WITHOUT MOTION (Local Rule A-570(g))** |

Pursuant to Order Authorizing Interlocutory Sale of M/V Sand Dollar, Official Number 1058606, VIN CIR30024L596, entered on April 26, 2011, the sale having been conducted by the United States Marshal on August 25, 2011, at 10:00 a.m. concluded by bid of $6,000.00 by Seth Young foreclosing the Preferred Ship Mortgage of Plaintiff BANK OF THE WEST, and no objections having been filed with the court within three days following the sale,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the sale of the M/V Sand Dollar on August 25, 2011 at 10:00 a.m. to Seth Young in the amount of $6,000.00, pursuant to the Preferred Ship Mortgage of Bank of the West, and the same having been foreclosed, foreclosing out all other liens, claims and interest subordinate thereto, in and to the M/V Sand Dollar, Official

Number 1058606, Hull Number CIR30024L596, be and the same is confirmed.

DATED: 11/3/11

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.civil.bankofwest0363.ordconfrmsale

2
Order Confirming Interlocutory Sale Without Motion
685870-1