PAUL N. BALESTRACCI (SBN: 83987)
LISA BLANCO JIMENEZ (SBN: 234671)
NEUMILLER & BEARDSLEE
A PROFESSIONAL CORPORATION
P.O. Box 20
Stockton, CA  95201-2030
Telephone:  (209) 948-8200
Facsimile:  (209) 948-4910

Attorneys for Plaintiff,
BANK OF THE WEST

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANK OF THE WEST, a California corporation, | Case No. 2:10-cv-00363-LKK-DAD |
| | **IN ADMIRALTY** |
| Plaintiff, | |
| vs. | **JUDGMENT OF FORECLOSURE OF PREFERRED SHIP MORTGAGE** |
| M/V SAND DOLLAR, Official Number 1058606, Hull Number CIR30024L596, a 1996 Carroll Marine Mumm 30, 6 gross ton, recreational vessel, including her engines, tackle, apparel, furniture, equipment, and supplies, etc. *in rem*, and ERICH C. BAUER, *in personam*, | |
| Defendants. | |

Plaintiff Bank of the West having filed its action to foreclose its Preferred Ship Mortgage encumbering the M/V Sand Dollar, Official Number 1058606, the Vessel having been seized and served with the Summons and Complaint and the Clerk having entered its default on March 11, 2011, the United States Marshal having sold the vessel on August 25, 2011, pursuant to this court's order for Interlocutory Sale and Writ of *Venditioni Exponas*, the Marshal thereafter having filed its return of the Writ of *Venditioni Exponas* noting the sale of the Vessel with the Court concurrently with the request for judgment herein, and no objections having been made thereto,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the First Preferred Ship Mortgage in favor of Bank of the West, against the defendant M/V Sand Dollar, Official Number 1058606,

1  Exhibit B to the complaint herein is foreclosed thereby foreclosing out all other liens, claims and interest
2  subordinate thereto.
3      IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Clerk of this Court issue
4  payment from the sum deposited by the United States Marshal pursuant to sale of the Vessel, in the sum of
5  $6,000.00, payable to BANK OF THE WEST, sent c/o Paul N. Balestracci, Neumiller & Beardslee, P.O.
6  Box 20, Stockton, California 95201-3020.

DATED: 11/3/11

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1:orders.civil.bankofwest0363.foreclosure

2
Judgment of Foreclosure of Preferred Ship Mortgage
685879-1